JS 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BETTY GOLDBERG, et al., | ) | Case No.: CV 94-3834 DSF (SHx) |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| ARTHUR P. ARNS, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

        The Court having found that the case should be dismissed for an unreasonable delay in prosecution,

        IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing, and that the action be dismissed without prejudice.

Dated: _____    8/21/14

_____
Dale S. Fischer
United States District Judge